**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHUONG T. NGUYEN ,**<br><br>　　　　　Appellant, | Case No.: 4:20-cv-02668 YGR<br><br>**ORDER TO SHOW CAUSE RE: APPELLANT'S FAILURE TO COMPLY WITH COURT ORDER REQUIRING PARTIES TO PERFECT THE RECORD** |

**TO APPELLANT PHUONG T. NGUYEN:**

By way of background, *pro se* appellant Phuong T. Nguyen filed the present lawsuit on April 17, 2020. (Dkt. No. 1.) On May 15, 2020, the Court ordered that the parties perfect the record for this bankruptcy appeal. (Dkt. No. 5.) Specifically, Nguyen was required to designate the record and file a statement of issues to be presented in this appeal by June 5, 2020. (*Id.* at 2.) Nguyen did not designate the record nor did Nguyen file a statement of issues. The docket reflects no activity since the Court's order issued on May 15, 2020. The Court understands that Nguyen may have not intended to file the present suit.

Out of an abundance of caution the Court will delay dismissal of the appeal for failure to prosecute and to follow the Federal Rules of Civil Procedure and this Court's Civil Local Rules in the event that the Court's understanding of Nguyen's intentions is incorrect.

Thus, the Court issues this **ORDER TO SHOW CAUSE** why this action should not be dismissed.

If Nguyen intends to pursue this appeal, Nguyen must notify the Court in writing by July 20, 2020 and advise when Nguyen will be able to designate the record and file a statement of issues. **If Nguyen does not respond, the Court will interpret the silence as confirmation that Nguyen did not intend to file the appeal and the Court will dismiss this action for failure to prosecute**.

In light of Nguyen's *pro se* status, Nguyen may wish to seek assistance from the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. In light of the ongoing coronavirus pandemic ("COVID-19"), the Help Center is only currently assisting parties via telephone. To make an appointment with the Legal Help Center, you may: (1) call 415-782-8982; or (2) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help. They also have tips in Bankruptcy cases for designating the record for an appeal and drafting and filing a statement of issues to be presented.

The District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online (*http://cand.uscourts.gov/prosehandbook*) or in hard copy, free of charge, from the Clerk's Office.

**IT IS SO ORDERED**.

Date: June 30, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**