United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**PHUONG T. NGUYEN**,

　　　　　Appellant.

Case No.: 4:20-cv-02668-YGR

**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

By Orders issued on June 30, 2020 and August 4, 2020, appellant Phuong T. Nguyen was directed, first no later than July 20, 2020, and then no later than August 28, 2020, to designate the record and to file a statement of issues.  As of September 8, 2020, Nguyen has not designated the record nor has Nguyen filed a statement of issues; moreover, Nguyen has not filed any documents in this matter since April 17, 2020.

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m) this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: September 10, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**